1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC EVERETT | Case No. 8:22-cv-00802-JVS-ADS |
| Plaintiff, | **ENTRY OF JUDGMENT AGAINST DEFENDANT PURSUANT TO RULE 58 OF THE FEDERAL RULES OF CIVIL PROCEDURE [52]** |
| v. | |
| MX ELECTRONICS MANUFACTURING, INC., et al., | |
| Defendants. | |

    Pursuant to Rule 58 of the Federal Rules of Civil Procedure and this Court's decision dated September 15, 2023, the Clerk enters this judgement in favor of the Plaintiff, ERIC EVERETT, and against the Defendant, MX ELECTRONICS MANUFACTURING, INC., et al, the Court awarded damages in the amount totaling $33,900.00, as detailed in the Court's decision. [Dkt. 51].

    In accordance with L.R. 58-7 and 28 U.S.C. § 1961(a), the federal post-judgement interest rate at the time of this judgment is 5.38%  resulting in an additional amount of $5.00 per day from the date of this Entry of Judgement until the judgment amount is fully paid.  For the post-judgment interest rate calculation, please refer to the attached Declaration by Nathan B. Camuti.

This judgment shall be final and binding upon the parties and may be enforced by all legal means available.

IT IS SO ORDERED.

Dated: January 03, 2024

By: _____
United States District Judge